2007 MAY 16 PM 2:42

2007 MAY 17 AM 9:12

FILED

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | CASE NUMBER |
|---|---|
| RODNEY L. MOREHEAD, | ED CV 07 - 00588 |
| PLAINTIFF/PETITIONER | |
| v. | DECLARATION IN SUPPORT OF |
| Michael J. Astrue, Commissioner of Social Security | REQUEST TO PROCEED |
| DEFENDANT(S). | IN FORMA PAUPERIS |

I, RODNEY L. MOREHEAD_____, declare under penalty of perjury, that the foregoing is true and correct; that I am the petitioner/plaintiff in the above entitled case; that in support of my motion to proceed without being required to prepay fees, costs or give security therefore, I state that because of my poverty I am unable to pay the costs of said proceedings or to give security therefore and that I am entitled to redress.

I further declare under penalty of perjury that the responses which I have made to the questions and instructions below are true, correct and complete.

1. Are you presently employed? ☐Yes  ☒No

    a. If the answer is yes, state the amount of your salary or wages per month, and give the name and address of your employer. _____

    b. If the answer is no, state the date of last employment and the amount of the salary and wages per month which you received. 1999, $5.75/MONTH

2. Have you received, *within the past twelve months*, any money from any of the following sources?

    a. Business, profession or form of self-employment?    ☐Yes  ☒No
    b. Rent payments, interest or dividends?               ☐Yes  ☒No
    c. Pensions, annuities or life insurance payments?    ☐Yes  ☒No
    d. Gifts or inheritances?                              ☐Yes  ☒No
    e. Any other income (other than listed above)?        ☒Yes  ☐No
    f. Loans?                                              ☐Yes  ☒No

    If the answer to any of the above is yes, describe such source of money and state the amount received from each source during the past twelve (12) months: FOOD STAMPS $152.00/MONTH, GENERAL RELIEF $280.00/MONTH MOTHER PROVIDE WITH ROOM & BOARD VALUED AT ABOUT $375.00/MONTH

DOCKETED ON CM
MAY 17 2007

3. Do you own any cash, or do you have money in a checking or savings account? (Include any funds in prison accounts, if applicable.) ☐Yes ☒No

   If the answer is yes, identify each account and separately state the amount of money held in **each** account for each of the *six (6) months prior* to the date of this declaration.

   _____

4. Do you own any real estate, stocks, bonds, notes, automobiles, or other valuable property (excluding ordinary household furnishings and clothing)? ☐Yes ☒No

   If the answer is yes, describe the property and state its approximate value: _____

   _____

5. In what year did you last file an Income Tax return? <u>APPROXIMATELY LATE 1980'S</u>

   Approximately how much income did your last tax return reflect? <u>CAN'T REMEMBER</u>

6. List the persons who are dependent upon your for support, state your relationship to those persons, and indicate how much you contribute toward their support:

   <u>NONE</u> _____

   _____

I understand that a false statement or answer to any question in this declaration will subject me to penalties for perjury. I further understand that perjury is punishable by a term of imprisonment of up to five (5) years and/or a fine of $250,000 (18 U.S.C. Sections 1621, 3571).

| CALIFORNIA | LOMA LINDA |
|---|---|
| State | County (or City) |

I, <u>RODNEY L MOREHEAD</u>, declare under penalty of perjury that the foregoins is true and correct.

4-2-07                              *Rodney Morehead*
Date                                 Plaintiff/Petitioner (Signature)