WILLENKEN WILSON LOH & LIEB LLP
Paul J. Loh (Bar No. 160541)
W. Scott Norton (Bar No. 122361)
William A. Delgado (Bar No. 222666)
707 Wilshire Boulevard, Suite 3850
Los Angeles, CA 90017
Tel: (213) 955-9240
Fax: (213) 955-9250
Email: paulloh@willenken.com

Attorneys for Plaintiffs

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA – EASTERN DIVISION

| | |
|---|---|
| TOPWAY ELECTRICAL APPLIANCE CO., LTD., a China corporation; DIANA YU, an individual,<br><br>Plaintiffs,<br><br>v.<br><br>THE ANT COMMANDOS, a California corporation; RAYMOND YOW, an individual; HONG LIP YOW, an individual; and Does 1-10 inclusive,<br><br>Defendants. | Case No.: EDCV07-588 SGL (OPx)<br><br>**DECLARATION OF DIANA YU IN SUPPORT OF PLAINTIFFS' REPLY TO DEFENDANTS' OPPOSITION TO MOTION FOR PRELIMINARY INJUNCTION**<br><br>Date: January 14, 2008<br>Time: 10:00 am<br>Ctrm: 1 |

1
DECLARATION OF DIANA YU IN SUPPORT OF REPLY RE: PRELIMINARY INJUNCTION

I, Diana Yu, aka Yu Yan, declare as follows:

1. I am a Plaintiff in the instant action. I am a co-owner of Plaintiff Topway Electrical Appliances Co., Ltd. ("Topway") and one of its key personnel. I reside, and Topway is located, in Shenzhen, China. The following facts are within my personal knowledge and, if called upon to testify herein, I could and would competently do so based on my personal knowledge. I can read and comprehend the English language.

2. Attached as Exhibit 1 hereto is a true and correct copy of an Action by Written Consent of the Board of Directors of The Ant Commandos, Inc. which I received via e-mail from Hong Lip Yow on or about October 5, 2006. This Written Consent was one of three documents attached to Mr. Yow's e-mail, in which he asked me and Steven Tan to sign all three documents. A true and correct copy of Mr. Yow's email is also attached hereto as part of Exhibit 1, immediately preceding the aforementioned Written Consent.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed this 6th day of January, 2008 at Los Angeles, California.

_____
Diana Yu

2
DECLARATION OF DIANA YU IN SUPPORT OF REPLY RE: PRELIMINARY INJUNCTION

EXHIBIT 1

| | |
|---|---|
| **From:** | Hong Lip, Yow [honglip@yahoo.com] |
| **Sent:** | Thursday, October 05, 2006 10:36 PM |
| **To:** | Diana; diana |
| **Subject:** | Fwd: FW: TAC Entity Documents |
| **Attachments:** | pat2007394431; pat861940003; pat930473997 |

Diana,
can you please print it out and fax it back to me at **1-909-614-7056. You and Steven need to sign both copy. I will call you back to explain what is this about.**
thanks

**Lip Yow**


*Lip Yow <lip.yow@theantcommandos.com>* wrote:

> Subject: FW: TAC Entity Documents
> Date: Thu, 5 Oct 2006 21:39:16 -0400
> From: "Lip Yow" <lip.yow@theantcommandos.com>
> To: <honglip@yahoo.com>
>
>
> **Lip Yow**
> The Ant Commandos, Inc
> 13521 Benson Ave,
> Chino, Ca 91710
> Tel: 1-909-613-1631
> Fax:1-909-613-1635
> Mobile:1-909-576-9778
> lip@theantcommandos.com
> http://theantcommandos.com
>
>
> -
> Dear Lip:
>
> At long last: I have attached entity documents for TAC. Please review them carefully. Upon execution by all parties, please send me the original documents. The Shareholders Agreement and Employee Stock Option Plan may be done next week. The attached documents should conclude the formation phase of TAC. Call me if you have any questions.
>
> Oswald

EXHIBIT __1__ PAGE __3__

A Professional Corporation
16148 Sand Canyon Avenue
Irvine, CA 92618

Tel: 949.788.8900 ext. 209
Fax: 949.788.8980

PRIVILEGED AND CONFIDENTIAL COMMUNICATION: This electronic transmission, and any documents attached hereto, may contain confidential and/or legally privileged information. The information is intended only for use by the recipient named above. If you have received this electronic message in error, please notify the sender and delete the electronic message. Any disclosure, copying, distribution, or use of the contents of information received in error is strictly prohibited.

---

Why keep checking for Mail? The all-new Yahoo! Mail shows you when there are new messages.

EXHIBIT __1__ PAGE __4__

ACTION BY WRITTEN CONSENT
OF THE BOARD OF DIRECTORS
OF
The Ant Commandos, Inc.
a California corporation

The undersigned, constituting all of the directors of The Ant Commandos, Inc., a California corporation ("Corporation"), acting pursuant to the authority of the California Corporation Code and the Bylaws of this Corporation, do hereby adopt, ratify, and approve the following resolutions and direct the Secretary of the Corporation to place a copy hereof in the Corporation's Book of Minutes:

ARTICLES OF INCORPORATION AND BYLAWS

RESOLVED, that the Action by Sole Incorporator which has been submitted to and examined by the Directors of this Corporation be, and it hereby is, approved in all respects, and

RESOLVED FURTHER, that the Bylaws of this Corporation, in the form adopted by the Incorporator and in the form which has been presented to the Directors be, and they hereby are, in all respects approved and adopted as the Bylaws of this Corporation; and

RESOLVED FURTHER, that the Bylaws of this Corporation, as certified by the Incorporator, be placed in the Minute Book of this Corporation, and that a copy of said Bylaws, similarly certified, be kept at the principal office of this Corporation in accordance with Section 213 of the California General Corporation Law.

CORPORATE SEAL

RESOLVED, that the form of the corporate seal presented is approved and adopted as the corporate seal of this Corporation.

STOCK CERTIFICATE

RESOLVED, that the form of stock certificate presented is approved and adopted as the stock certificate of this Corporation.

LOCATION OF PRINCIPAL EXECUTIVE OFFICES

RESOLVED, that the principal executive office of this Corporation shall be located at 13521 Benson Avenue, Chino, CA 91710 until changed by resolution of the Directors.

ELECTION OF OFFICERS

RESOLVED, that the following persons are elected to the offices identified opposite their names below, to have the powers, duties, and responsibilities in such offices as are specified by the Bylaws of the Corporation and by applicable law, and to serve at the pleasure of the Board:

EXHIBIT __1__ PAGE __5__

| Name | Officer |
|---|---|
| Hong Lip Yow | President |
| Hong Fu Yow ("Raymond") | Secretary |
| Hong Fu Yow ("Raymond") | Chief Financial Officer |

PAYMENT OF EXPENSES

RESOLVED, that each of the officers of this Corporation be, and hereby are, authorized and directed to cause this Corporation to pay the expenses of its incorporation and organization.

BANK ACCOUNT

RESOLVED, that either the Chief Executive Officer or the Chief Financial Officer and any other officers of this Corporation, acting together, are hereby authorized:

(a) To designate one or more banks, trust companies or other similar institutions as depositories of the funds, including without limitation, cash and cash equivalents, of this Corporation;

(b) To open, keep, and close general and special bank accounts, including general deposit accounts, payroll accounts, and working fund accounts, with any such depository;

(c) To cause to be deposited in such accounts with any such depository, from time to time, such funds, including without limitation, cash and cash equivalents, of this Corporation as such officers deem necessary or advisable, and to designate or change the designation of the officers and agents of this Corporation who will be authorized to make such deposits and to endorse checks, drafts, of other instruments for deposit;

(d) From time to time to designate or change the designation of the officers and agents of this Corporation who will be authorized to sign or countersign checks, drafts, or other orders for the payment of money issued in the name of this Corporation against any funds deposited in any accounts of this corporation, and to revoke any such designation;

(e) To authorize the use of facsimile signatures for the signing or countersigning of checks, drafts, of other orders for the payment of money, and to enter into such agreements as banks and trust companies customarily require as a condition for permitting the use of facsimile signatures;

(f) To make such general and special rules and regulations with respect to such accounts as they may deem necessary or advisable; and

(g) To complete, execute, and/or certify any customary printed blank signature card forms in order conveniently to exercise the authority granted by this resolution and any resolutions printed thereon shall be deemed adopted as a part hereof.

EXHIBIT 1 PAGE 6

RESOLVED FURTHER, that all form resolutions required by any such depository as presented to this meeting, are hereby adopted in such form utilized by the depository, and the Secretary of this Corporation is hereby authorized to certify such resolutions as having been adopted at this meeting and is directed to insert the form of such resolutions in the Minute Book immediately following the minutes of this meeting; and

RESOLVED FURTHER, that any such depository to which a copy certified by the Secretary or an Assistant Secretary of this Corporation of these resolutions shall have been delivered shall be entitled to rely thereon for all purposes until it shall have received written notice of the revocation or amendment of these resolutions by the directors of the Corporation.

AGENT FOR SERVICE OF PROCESS

WHEREAS, the Corporation desires to replace Heidi Kwok, named as the initial agent for service of process in the Articles of Incorporation of this Corporation, with Hong Lip Yow, with an address at 13521 Benson Avenue, Chino, CA 92710.

RESOLVED, Hong Lip Yow is hereby confirmed as this Corporation's agent for the purpose of service of process.

RESOLVED, FURTHER, that each of the officers of this Corporation is authorized and directed to file an amended Statement of Information regarding this change in agent for service of process.

OTHER FILINGS

RESOLVED, that each of the officers of this Corporation is authorized and directed to make such filings and applications, including, without limitation, the statement required by Section 1502 of the California General Corporation Law, to execute and deliver such documents and instruments and to do such acts and things as such officer deems necessary in order to obtain such licenses, authorizations and permits as are necessary or desirable for this Corporation's business, to fulfill such legal requirements as are applicable to this Corporation or its business or to complete the organization of this Corporation.

FISCAL YEAR

RESOLVED, that this Corporation's fiscal year shall begin on January 1st of each year and end on December 31st of each year.

AUTHORIZATION OF CAPITAL CONTRIBUTION

WHEREAS, the Corporation received a capital contribution of $50,000 from eDIRECX, Inc.;

WHEREAS, the Corporation discovered that eDIRECX, Inc. is actually a partnership

between Hong Lip Yow and Hong Fu Yow;

RESOLVED, FURTHER, that the Board of Directors acknowledges and approves this capital contribution in the amount of $50,000.00 from Hong Lip Yow and Hong Fu Yow as individuals.

ISSUANCE OF STOCK

WHEREAS, it is deemed to be in the best interest of this Corporation to issue and sell of its authorized shares of Common Stock to the following entity, in the amount set forth below:

| Name | Shares Issued | Stock Certificate |
|---|---|---|
| Topway Electrical Appliance | 204,000 | 1 |
| Hong Lip Yow | 153,000 | 2 |
| Hong Fu Yow | 102,000 | 3 |
| Yu Yan | 51,000 | 4 |

WHEREAS, it is proposed that the consideration for such shares shall be $00.20 per share in cash, property, or past services rendered;

RESOLVED, that each of the officers of this Corporation is authorized and directed to issue and sell shares of common stock of this Corporation to the person and in the amount set forth above, in consideration of cash or property delivered in the amount as follows:

| Name | Consideration Paid |
|---|---|
| Topway Electrical Appliance | $ 40,800.00 in property and past services |
| Hong Lip Yow | $ 30,000.00 cash and $600 in past services |
| Hong Fu Yow | $ 20,000.00 cash and $400 in past services |
| Yu Yan | $ 10,200.00 in property and past services |

RESOLVED, FURTHER, that each of the officers of this Corporation is authorized and directed to prepare and file, or cause to be prepared and filed, an appropriate Notice of Issuance of Securities, not later than 15 calendar days after the date of the adoption of this resolution, pursuant to Section 25102(f) of the California Corporate Securities Law of 1968; and

RESOLVED, FURTHER, that the shares of Common Stock issued and sold by the Corporation pursuant to the foregoing resolutions, when the purchase price therefore shall have been received by this Corporation, shall be duly and validly issued, fully paid and nonassessable shares and that the consideration received therefore shall be credited to appropriate capital accounts of this Corporation; and

RESOLVED, FURTHER, that each of the officers of this Corporation is authorized and directed on behalf of this Corporation and in its name to execute any applications, certificates, agreements, or any other instruments or documents or amendments or supplements thereto, and

EXHIBIT __1__ PAGE __8__

to do and to cause to be done any and all other acts and things as such officers may in their discretion deem necessary or appropriate to carry out the purposes of the foregoing resolutions.

<u>1244 STOCK</u>

RESOLVED, that the shares issued pursuant to the foregoing resolutions are intended to be "Section 1244 stock" as defined in Section 1244 of the Internal Revenue code of 1986, as amended, and Section 18151 of the California Revenue and Taxation Code.

IN WITNESS WHEREOF, the undersigned Directors, constituting all of the Directors of the Corporation, has executed this Unanimous Written Consent of the Board of Directors on this _____ day of _____, 2006.


_____         _____
Hong Lip Yow                            Yu Yan


_____
Hong Fu Yow

EXHIBIT __1__ PAGE __9__

## CERTIFICATE OF SERVICE

I hereby certify that on January 7, 2008, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the e-mail addresses associated with this case.

DATED: January 7, 2008                    WILLENKEN WILSON LOH & LIEB LLP


By: */s William A. Delgado* .
William A. Delgado
Attorneys for Plaintiffs Topway Electrical Appliance Co., Ltd. and Diana Yu

0
PLAINTIFFS' REPLY TO OPP. TO MOTION FOR PRELIMINARY INJUNCTION