William A. Delgado (Bar No. 222666)
williamdelgado@willenken.com
Jeffrey J. Lewis (Bar No. 146685)
jlewis@willenken.com
WILLENKEN WILSON LOH & LIEB LLP
707 Wilshire Boulevard, Suite 3850
Los Angeles, CA 90017
Tel: (213) 955-9240
Fax: (213) 955-9250

Attorneys for Plaintiffs and Counter-Defendants
TOPWAY ELECTRICAL APPLIANCE CO., LTD.
and DIANA YU

JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA – EASTERN DIVISION

| | |
|---|---|
| TOPWAY ELECTRICAL APPLIANCE CO., LTD., a China corporation, and DIANA YU, an individual,<br><br>　　　　　Plaintiffs,<br><br>v.<br><br>THE ANT COMMANDOS, INC., a California Corporation, RAYMOND YOW, an individual, HONG LIP YOW, an individual, and Does 1-10, inclusive,<br><br>　　　　　Defendants.<br>_____<br><br>And Related Cross-Actions<br>_____ | Case No.: EDCV07-588 SGL (OPx)<br><br>(Case assigned to Hon. Stephen G. Larson)<br><br>**ORDER GRANTING DISMISSAL OF ACTION WITH PREJUDICE AND RESERVING JURISDICTION TO ENFORCE SETTLEMENT AGREEMENT**<br><br>**[Fed. R. Civ. P. 41(a)(2)]** |

[PROPOSED] ORDER GRANTING DISMISSAL WITH PREJUDICE

110147.1

## ORDER

Good cause having been shown, and upon stipulation of the parties, the Court hereby orders as follows:

(1) The above captioned-action (including all claims and counterclaims asserted by the parties thereto) is hereby dismissed, with prejudice, pursuant to Fed. R. Civ. Proc. 41(a)(2).

(2) Pursuant to the stipulation and request of the parties, the Court hereby reserves jurisdiction over the parties' settlement agreement, including any motion to enforce the same, pursuant to *Kokkonen v. Guardian Life Ins. Co. of America,* 511 U.S. 375, 381, 114 S.Ct. 1673, 128 L.Ed.2d 391 (1994).

IT IS SO ORDERED.

DATED: September 11, 2009.

_____
Honorable Stephen G. Larson
United States District Judge